**Thomas & Clarke, appellee, v. Hartford Accident & Indemnity Company, appellant. Gen. No. 7,341.**

Action upon indemnity bond. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 24, 1924. Rehearing denied October 8, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Tichenor, Todd, Wilson & Barnett, for appellant. Frank J. Quinn, for appellee; Charles V. O'Hern and Edward T. O'Connor, of counsel.

Mr. Justice Partlow delivered the opinion of the court.